**Claudio MORETTINI, Individually and on behalf of his minor son, Gregory**

**v.**

**Mrs. Eileen MORTINEZ, Julian Mortinez and their insurer, State Farm Insurance Company.**

**No. 49086.**

Feb. 19, 1968.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.

■

206 So.2d 713

**Clara C. FISH**

**v.**

**AETNA CASUALTY & SURETY COMPANY et al.**

**No. 49091.**

Feb. 19, 1968.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.

BARHAM, J., recused.

■

206 So.2d 713

**E. J. ADAMS, Jr., et ux.**

**v.**

**AETNA CASUALTY & SURETY COMPANY et al.**

**No. 49054.**

Feb. 19, 1968.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.